IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AMANDA LEIGH CHESTNUT | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 16-6204 |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, Acting | : | |
| Commissioner of Social Security[1] | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 8th day of March 2018, upon a careful and independent consideration of the administrative record, [ECF 7], the *Report and Recommendation* (the "R&R") issued on September 29, 2017, by the Honorable Marilyn Heffley, United States Magistrate Judge, [ECF 13], and the objections to the R&R filed by Plaintiff Amanda Leigh Chestnut ("Plaintiff"), [ECF 14], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. Plaintiff's objections are **OVERRULED**;

2. The *Report and Recommendation* is **APPROVED** and **ADOPTED**;

3. The decision of the Acting Commissioner of the Social Security Administration is **AFFIRMED**; and

4. Plaintiff's complaint filed pursuant to 42 U.S.C. § 405(g) seeking judicial review is **DISMISSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] At the time Plaintiff filed her complaint, Carolyn W. Colvin ("Colvin") was the Acting Commissioner of Social Security. On January 23, 2017, Nancy A. Berryhill ("Berryhill") succeeded Colvin as Acting Commissioner. Thus, pursuant to Federal Rule of Civil Procedure 25(d), Berryhill is substituted as the named defendant. *See* Fed. R. Civ. P. 25(d).